*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided May 21, 1992

### STATE OF CONNECTICUT *v.* PAUL DeFUSCO

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 248, is granted, limited to the following questions:

"1. Does article first, § 7, of the Connecticut constitution protect garbage left for collection at the curbside of a residence?

"2. If the answer to the first question is 'no,' was the search warrant in this case supported by probable cause?"

*John R. Donovan,* in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided May 21, 1992

### NEW CONNECTICUT BANK AND TRUST COMPANY, N.A. *v.* MILLINGTON GREEN LAND ASSOCIATES ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 27 Conn. App. 908, is denied.

*Richard F. Paladino,* in support of the petition.

*David S. Hoopes,* in opposition.

Decided May 21, 1992